**IN THE SUPREME COURT OF PENNSYLVANIA
MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,   :   No. 209 MAL 2023

               Respondent                :

                                 :   Petition for Allowance of Appeal
                                 :   from the Order of the Superior Court

          v.                   :

WALTER FRANK MEYERLE,          :

               Petitioner              :

COMMONWEALTH OF PENNSYLVANIA,   :   No. 210 MAL 2023

               Respondent                :

                                 :   Petition for Allowance of Appeal
                                 :   from the Order of the Superior Court

          v.                   :

WALTER FRANK MEYERLE,          :

               Petitioner              :

COMMONWEALTH OF PENNSYLVANIA,   :   No. 211 MAL 2023

               Respondent                :

                                 :   Petition for Allowance of Appeal
                                 :   from the Order of the Superior Court

          v.                   :

WALTER FRANK MEYERLE,          :

               Petitioner              :

COMMONWEALTH OF PENNSYLVANIA,   :   No. 212 MAL 2023

               Respondent                :

                                 :   Petition for Allowance of Appeal
                                 :   from the Order of the Superior Court

          v.                   :

WALTER FRANK MEYERLE,

     Petitioner

COMMONWEALTH OF PENNSYLVANIA,    :   No. 213 MAL 2023

     Respondent

     :   Petition for Allowance of Appeal
     :   from the Order of the Superior Court

     v.

WALTER FRANK MEYERLE,

     Petitioner

COMMONWEALTH OF PENNSYLVANIA,    :   No. 214 MAL 2023

     Respondent

     :   Petition for Allowance of Appeal
     :   from the Order of the Superior Court

     v.

WALTER FRANK MEYERLE,

     Petitioner

## <u>ORDER</u>

**PER CURIAM**

     **AND NOW**, this 12th day of September, 2023, the Petition for Allowance of Appeal is **DENIED**.